# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  1:99CR00075-002 |
| WAYNELY BROWN | ) | USM No:  15488-058 |
| | ) | James Weidner |
| Date of Previous Judgment:  January 26, 2001 | ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.  ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  41 | Amended Offense Level:  39 |
| Criminal History Category:  I | Criminal History Category:  I |
| Previous Guideline Range:  240 to 240 months | Amended Guideline Range:  240 to 240 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):  No reduction in this case as the original sentence was limited to a statutory maximum of 20 years (240 months) by *Apprendi v. New Jersey*, which then became the applicable guideline range pursuant to USSG 5G1.1(a). The revised guideline range is similarly limited and the guideline range remains unchanged.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  January 26, 2001  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  March 16, 2009

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge